United States District Court
Southern District of Texas

**ENTERED**

May 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Landry's Trademark, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3825 |
| | § | |
| Andrew J Landry, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

The Court will hold a telephonic hearing on Plaintiff's Motion for a Temporary Restraining Order, Doc. 15, on Friday, May 22, 2026, at 1 pm. Details for the hearing are provided below.

After the issuance of this Order and prior to the hearing, the Court encourages the parties to meet and confer to see if they can resolve their dispute or at least agree to some temporary arrangement while their dispute can be further litigated.

In federal court, individuals may appear *pro se* and represent themselves, but "a corporation . . . may appear in federal court only through licensed counsel." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 195 (1993). So Defendant Andrew J. Landry may appear at the hearing and represent himself, but if Defendant Landry's Creole & Cajun Seafood, LLC wishes to appear, it must do so through counsel.

https://www.zoomgov.com/j/16038500163?pwd=Vt7RWIN8ipF9S3NanqU GG4lc1tLRHt.1&omn=1656295386
Meeting ID: 160 3850 0163

Passcode: 280786

One tap mobile
+16692545252,,16038500163#,,,,*280786# US (San Jose)
+16692161590,,16038500163#,,,,*280786# US (San Jose)

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)

Meeting ID: 160 3850 0163
Passcode: 280786

Find your local number: https://www.zoomgov.com/u/aenxBWS4RU

Join by SIP
• 16038500163@sip.zoomgov.com

Join by H.323
• 166.108.98.42 (US West)
• 166.108.66.42 (US East)
Meeting ID: 160 3850 0163
Passcode: 280786

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 21st of May, 2026.

_____
Nicholas J. Ganjei
United States District Judge

2